**Filed**

AUG 14 2014

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND EUGENE JENKINS, | Case No. C 14-3150 PSG (PR) |
| Petitioner, | **ORDER OF TRANSFER** |
| v. | |
| SEX OFFENDER TRACKING PROGRAM, | |
| Respondent. | |

On July 11, 2014, Raymond Eugene Jenkins, an inmate at California Rehabilitation Center located in Riverside County, filed a *pro se* federal petition for writ of habeas corpus, pursuant to 28 U.S.C. § 2254. Jenkins seeks to be relieved of an obligation to register as a sex offender, which arises from his criminal conviction in Compton, California. Compton is part of Los Angeles County, which lies in the Central District of California. Venue for a habeas action is proper in either the district of confinement or the district of conviction;[1] however, petitions challenging a conviction or sentence are preferably heard in the district of conviction.[2] Here, the Central District of California is not only the district of conviction, but also the district of confinement as Riverside County lies in the Central District of California. Accordingly, this case

---

[1] *See* 28 U.S.C. § 2241(d).

[2] *See* Habeas L.R. 2254-3(a); *Laue v. Nelson*, 279 F. Supp. 265, 266 (N.D. Cal. 1968).

Case No. C 14-3150 PSG (PR)
ORDER OF TRANSFER

is TRANSFERRED to the Central District of California.³  The clerk shall terminate all pending motions and transfer the entire file to the Central District of California.

IT IS SO ORDERED.

DATED: 8.14.14

PAUL S. GREWAL
United States Magistrate Judge

---

³ *See* 28 U.S.C. § 1404(a).

Case No. C 14-3150 PSG (PR)
ORDER OF TRANSFER

2